**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| JOY LEWIS               ) | |
|           Plaintiff,     ) | |
| v.                      ) | Civil Action No. 3:13cv111 |
| EQUIFAX INFORMATION SERVICES, LLC,    ) | |
|           Defendant.    ) | |

**NOTICE OF SETTLEMENT**

     Plaintiff, by counsel, hereby notifies this Honorable Court that she has resolved her claims against the Defendant, and a dismissal order will be tendered to the Court for its consideration shortly.

                                                      Respectfully submitted,
                                                      **JOY LEWIS,**

                                                      By:_____/s/_____
                                                                    Of Counsel

Casey S. Nash, VSB No. 84261
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel:    (703) 273-7770
Fax:   (888) 892-3512
Email: casey@clalegal.com
*Counsel for the Plaintiff*

---

## CERTIFICATE OF SERVICE

  I hereby certify that on the 29th day of July 2013, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

John Anthony Love
King & Spalding (GA-NA)
1180 Peachtree St NE
Atlanta, GA 30309-3521
404-215-5725
Fax: 404-572-5100
Email: tlove@kslaw.com

John W. Montgomery, Jr.
Montgomery & Simpson, LLLP
2116 Dabney Rd., Ste. A-1
Richmond, VA 23230
Tel.   (804) 355-8744
Fax.   (804)355-8748
Email: jmontgomery@jwm-law.com
*Counsel for Equifax Information Service, LLC*

        /s/
        Casey S. Nash, VSB No. 84261
        CONSUMER LITIGATION ASSOCIATES, P.C.
        1800 Diagonal Road, Suite 600
        Alexandria, VA 22314
        Tel:   (703) 273-7770
        Fax:   (888) 892-3512
        casey@clalegal.com
        *Counsel for the Plaintiff*